United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Susan J. Dlott

FROM: Jennifer Earl , Case Administrator

DATE: 5/4/2016

SUBJECT: Case Caption: Whaley et al v. Mercy Health et al

CASE: Case Number: 1:16-cv-518

DISTRICT JUDGE: Judge Susan J. Dlott

File Date: 5/3/2016

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Lupp v. Mercy Health et al

| | | | |
|---|---|---|---|
| Case Number: | 1:16-cv-441 | District Judge: | Judge Susan J. Dlott |
| File Date: | 3/30/2016 | Magistrate Judge: | Magistrate Judge Stephanie K. Bowman |

**Related Case(s):**

Case Caption:

| | | | |
|---|---|---|---|
| Case Number: | | District Judge: | |
| File Date: | | Magistrate Judge: | |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator ___Jennifer Earl___
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☒ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____
_____Susan J. Dlott_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*